UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES<br><br>                Plaintiff,<br><br>   v.<br><br>FOX, et al.,<br><br>                Defendants. | Case No. 17-cv-05115 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the California Medical Facility ("CMF"). The Defendants are located at CMF. CMF is located with the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. In view of the transfer, the Court will not rule upon Plaintiff's motions. Dkt. Nos. 5-7. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: October 18, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-05115 NC (PR)
ORDER OF TRANSFER