UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX, et al.,<br><br>    Defendants. | No. 2:17-cv-2190-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 14, 2018, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to file an amended complaint in accordance with the court's screening order. ECF No. 39.

Plaintiff has since filed an "extension of time and a copy of opposing defendant's motion to dismiss . . . ." ECF No. 41. Plaintiff's requested relief is unclear. To the extent plaintiff seeks a copy of a motion to dismiss, the request is denied, as no defendants have appeared and no motions to dismiss filed. In an abundance of caution, the court will direct the Clerk to re-serve plaintiff with a copy of the court's May 3, 2018 screening order dismissing plaintiff's complaint with leave to amend (ECF No. 32) and will grant plaintiff a 30-day extension of time to file objections to the June 14, 2018 findings and recommendations.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 41) is granted to the extent that:

1. The Clerk shall re-serve plaintiff with a copy of the court's May 3, 2018 screening order (ECF No. 32).
2. Plaintiff has 30 days from the date of this order to file objections to the June 14, 2018 findings and recommendations (ECF No 39).

DATED: June 28, 2018.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE