UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>          Plaintiff,<br><br>   v.<br><br>FOX, et al.,<br><br>          Defendants. | No. 2:17-cv-2190-JAM-EFB P<br><br><br><br>ORDER |

On August 29, 2018, this civil rights case was closed after plaintiff failed to file an amended complaint and judgment was duly entered. ECF Nos. 39, 62, 63. Since then, plaintiff has filed several documents with the court, including a letter to the Clerk of the Court and two "notices of objection." ECF Nos. 64, 65, 66. The court takes no action on plaintiff's filings as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

     So ordered.

Dated: September 24, 2018.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE