UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>FOX, et al.,<br><br>    Defendants. | No. 2:17-cv-2190-JAM-EFB P<br><br><br><br>ORDER |

On August 29, 2018, this civil rights case was closed after plaintiff failed to file an amended complaint and judgment was duly entered. ECF Nos. 39, 62, 63. Since then, plaintiff has filed several documents with the court, including a motion for permanent injunction, a motion for order to show cause, a partial copy of his first amended complaint, a motion to compel discovery, and a request to meet and confer. ECF Nos. 76, 77, 78, 80, 81. The court takes no action on plaintiff's filings as this case is now closed and plaintiff's post-judgment motions for reconsideration (ECF Nos. 65 & 66) have been denied. ECF No. 82. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

Dated: April 1, 2019.

                                              EDMUND F. BRENNAN<br>                                              UNITED STATES MAGISTRATE JUDGE